**BARSHAY SANDERS, PLLC**
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 110951
*Attorneys for Plaintiff*

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUL 26 2017   ★

LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Annamaria Callan, individually and on behalf of all others similarly situated, | Docket No: 2:17-cv-00287-LDW-GRB |
| Plaintiff, | |
| -against- | |
| FMS Inc., | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff

and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily

dismissed with prejudice against the defendant.

Dated: July 21, 2017

BARSHAY SANDERS, PLLC

By:   /s *Craig B. Sanders*
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 110951
*Attorneys for Plaintiff*

SO ORDERED
S/LEONARD D. WEXLER, USDJ

USDJ
CENTRAL ISLIP, NY
7/26/17